IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AARON SCOGGINS,                                                                                  PLAINTIFF
ADC #500670

v.                                              4:09-cv-00963-JTK

SALINE COUNTY DETENTION
FACILITY, et al.                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 20th day of September, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE